IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMRAN MASIH, | No. 4:24-CV-01209 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| CRAIG LOWE, | |
| Respondent. | |

# ORDER

**AND NOW**, this 2nd day of October 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Imran Masih's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge